IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| v. | § | CIVIL ACTION NO. 6:10cv362 |
| PANOLA COUNTY, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendants' Motion to Dismiss (document #9) be granted and that the claims against Sheriff Ellett, Constable Norton and Panola County be dismissed with prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss (document #9) is **GRANTED** and the claims against Sheriff Ellett, Constable Norton and Panola County are **DISMISSED** with prejudice.

**SIGNED this 24th day of November, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE