IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| v. | § | CIVIL ACTION NO. 6:10cv362 |
| PANOLA COUNTY, TEXAS, *et al.* | § | |

FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision

having been duly rendered, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED**.

**SIGNED this 31st day of May, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE